UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., | ) ) ) | |
| Plaintiff(s), | ) ) | Case No. 2:13-cv-01403-JAD-NJK |
| vs. | ) ) | ORDER |
| LAND SURVEY TECHNOLOGIES INC., et al., | ) ) | (Docket No. 17) |
| Defendant(s). | ) ) | |

Pending before the Court is Plaintiffs' motion for leave to file an amended complaint. Docket No. 17.  For the reasons stated below, Plaintiffs' motion is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 15(a), "[t]he court should freely give leave when justice so requires," and there is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999).  As such, the Ninth Circuit has made clear that Rule 15(a) is to be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).  In deciding a motion for leave to amend, the court considers five factors: (1) bad faith; (2) undue delay; (3) prejudice to the opposing party; (4) futility of amendment; and (5) whether the plaintiff has previously amended the complaint. *United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9thCir. 2011).  No Defendant has appeared in this case. *See* Docket.  Therefore, no prejudice to any opposing party exists.  Further, Plaintiffs have not previously amended the complaint, and the Court finds that amendment would not be futile or in bad faith.

. . .

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion to amend (Docket No. 17) is **GRANTED**.  Plaintiffs shall file the Amended Complaint, attached to their motion as Exhibit 1, on the docket no later than August 4, 2015.

DATED: July 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge