**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,   ) | Case No. 2:13-cv-01403-JAD-NJK |
| Plaintiff(s),   ) | ORDER |
| v.   ) | |
| LAND SURVEY TECHNOLOGIES, INC., et al.,   ) | |
| Defendant(s).   ) | |

No action has been taken in this case for several months.  The Court hereby ORDERS Plaintiffs to file a joint status report no later than March 2, 2016.

IT IS SO ORDERED.

DATED: February 24, 2016

_____
Nancy J. Koppe
United States Magistrate Judge