**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax: (702) 968-8088
E-Mail: murban@luch.com; nring@luch.com;
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>LAND SURVEY TECHNOLOGIES INC., a Nevada corporation; and ANTONIO BARAJAS, an individual; BARAJAS & ASSOCIATES, INC., a Nevada corporation; THE BARAJAS GROUP, a Nevada corporation; ADRIAN BARAJAS, an individual; and THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation,<br><br>Defendants. | CASE NO.:2:13-cv-01403-JAD-NJK<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO SET ASIDE AND REQUEST TO EXTEND DATE FOR HEARING ON MOTIONS TO SET ASIDE AND MOTION FOR DEFAULT JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and

1

TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, by and through their counsel of record, Laquer, Urban Clifford & Hodge, LLP, and Defendants, LAND SURVEY TECHNOLOGIES INC., a Nevada corporation; ANTONIO BARAJAS, an individual; and BARAJAS & ASSOCIATES, INC., a Nevada corporation; by and through their counsel of record Jeffrey Hulet, Esq., and THE BARAJAS GROUP, a Nevada corporation; and ADRIAN BARAJAS, an individual (hereinafter collectively "Defendants"), by and through their counsel of record, Lee Iglody, Esq.., hereby stipulate and request the Court grant a thirty (30) day extension for Plaintiffs to respond to Defendants' Motions to Set Aside and that the Court set out at least thirty days from its currently scheduled date the hearing on Motions to Set Aside and Plaintiffs' Motion for Default Judgment.

On August 5, 2016, the Defendants filed the first Motion to Set Aside. (ECF No. 37). Under this Court's Rules, the Plaintiffs' Response to the Motion to Set Aside is currently due on August 22, 2016. On August 11, 2016, via Minute Order, the Court set the Motions to Set Aside and the currently pending Motion for Default Judgment filed by Plaintiffs for hearing on September 12, 2016.

Since the filing of the Motions to Set Aside, attorneys for all of the parties have been in frequent communication with each other concerning this matter. The parties have been discussing potential settlement and resolution of this matter, which would obviate the need for Court resolution of this matter. There is a currently pending settlement proposal that is being discussed amongst the parties. If this proposal is accepted, it will resolve all pending issues in this case and moot all of the motions currently pending. For this reason, the parties request an additional thirty (30) days to allow them to attempt to reach full resolution. It is believed in good faith that the parties will be able to reach a full resolution during the extension of time.

The Plaintiffs and Defendants respectfully request the Court extend the time for Plaintiffs' Response to Defendants' Motions to Set Aside from August 22, 2016 until September 21, 2016. The parties also request the Court reset the hearing on the Defendants' Motions to Set Aside and the Plaintiffs' Motion for Default Judgment currently set for September 12, 2016 to a date at least thirty (30) days after September 12, 2016.

///

There have been no previous stipulations or motions by the parties for extension of these deadlines in this matter. The undersigned counsel for record of the parties represent that this stipulation is entered into in good faith and is not designed for purposes of delay.

DATED: August 19, 2016

**LAQUER, URBAN, CLIFFORD & HODGE, LLP**

_/s/ Nathan R. Ring_
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
*Counsel for Plaintiffs*

DATED: August 19, 2016

**HOGAN HULET PLLC**

_/s/ Jeffrey Hulet_
JEFFREY HULET, Nevada State Bar No. 10621
7450 Arroyo Crossing Pkwy., Suite 270
Las Vegas, NV 89113
*Counsel for Land Survey Technologies, Barajas & Associates, Inc., and Antonio Barajas*

DATED: August 19, 2016

**IGLODY LAW**

_/s/ Lee I. Iglody_
LEE I. IGLODY, Nevada State Bar No. 7757
2300 West Sahara Avenue, Suite 1130
Las Vegas, NV 89102
*Counsel for The Barajas Group and Adrian Barajas*

IT IS ORDERED the Motion Hearing RE: 34 MOTION for Default Judgment, 37 and 40 MOTIONS to Set Aside Default is reset for 10/17/2016 at 02:00 PM.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/23/2016