HOGAN HULET PLLC
JEFFREY HULET
Nevada Bar No. 10621
E-mail: jeff@h2legal.com
1140 N. Town Center Dr. Suite 300
Las Vegas, Nevada 89144
Tel/Fax: (702) 800-5482
*Attorneys for Defendants Land Survey Technologies Inc.,*
*Antonio Barajas, and Barajas & Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>LAND SURVEY TECHNOLOGIES INC., a Nevada corporation; and ANTONIO BARAJAS, an individual; BARAJAS & ASSOCIATES, INC., a Nevada corporation; THE BARAJAS GROUP, a Nevada corporation; ADRIAN BARAJAS, an individual; and THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation,<br><br>Defendants. | CASE NO. 2:13-cv-01403-JAD-NJK<br><br>JUDGE: HON. JENNIFER A. DORSEY<br><br>**STIPULATION AND ORDER TO VACATE HEARING ON DEFENDANTS' MOTIONS TO SET ASIDE DEFAULT AND PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>**[SECOND REQUEST]** |

Defendants ANTONIO BARAJAS, LAND SURVEY TECHNOLOGIES, INC., and BARAJAS & ASSOCIATES, INC., by and through their counsel, Jeffrey Hulet, Esq.; Defendants THE BARAJAS GROUP and ADRIAN BARAJAS, by and through their counsel, Lee Iglody, Esq.; and Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEES JOURNEYMAN AND APPRENTICE TRAINING TRUST, and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, by and through their counsel, Nathan Ring, Esq., hereby stipulate to vacate the October 17, 2016, hearing on Plaintiffs' Motion for Default Judgment [ECF No. 34],

and Defendants' Motions to Set Aside Default [ECF Nos. 37 and 40].

On August 23, 2016, the Court granted the parties' stipulation and request to extend the hearing on the pending motions until October 17, 2016 [ECF No. 46]. The parties have subsequently agreed to settle this matter, and are in the process of finalizing settlement documents.

As a result of the settlement, the parties agree to vacate the hearing on October 17, 2016. To the extent the settlement is not finalized by November 15, 2016, the parties will file a joint status report to the Court. The undersigned counsel represent that this stipulation is entered in good faith and is not designed for purposes of delay. The undersigned counsel further stipulate that they fully expect the settlement documents to be completed on or before November 15, 2016 and a stipulation to dismiss this case to be filed on or before that date.

IT IS SO STIPULATED.

Dated this 7th day of October 2016.

By: /s/ Jeffrey Hulet
_____
JEFFREY HULET
Nevada Bar No. 10621
*Attorney for Land Survey Technologies, Barajas & Associates, Inc., and Antonio Barajas*

Dated this 7th day of October 2016.

By: /s/ Lee Iglody
_____
LEE IGLODY
Nevada Bar No. 7757
*Attorney for The Barajas Group and Adrian Barajas*

Dated this 7th day of October 2016.

By: /s/ Nathan Ring
_____
NATHAN R. RING
Nevada Bar No. 12078
*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED. The October 17, 2016 hearing is vacated.

The parties have until November 15, 2016, to file their stipulated dismissal of this action.

_____
U.S. DISTRICT JUDGE

DATED: 10/7/16