**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax: (702) 968-8088
E-Mail: murban@luch.com; nring@luch.com;
*Counsel for Plaintiffs Trust Funds*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>LAND SURVEY TECHNOLOGIES INC., a Nevada corporation; and ANTONIO BARAJAS, an individual; BARAJAS & ASSOCIATES, INC., a Nevada corporation; THE BARAJAS GROUP, a Nevada corporation; ADRIAN BARAJAS, an individual; and THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation,<br><br>Defendants. | CASE NO: 2:13-cv-01403-JAD-NJK<br><br>**Order Dismissing Action Without Prejudice, Denying All Pending Motions as Moot, and Closing Case**<br><br>**ECF Nos. 34, 37, 40, 49** |

Plaintiffs, Trustees of the Operating Engineers Pension Trust; Trustees of the Operating Engineers Health and Welfare Fund; Trustees of the Operating Engineers Journeyman and Apprentice Training Trust; and Trustees of the Operating Engineers Vacation-Holiday Savings Trust (collectively "Trust Funds"), by and through their counsel of record, Laquer, Urban, Clifford & Hodge, LLP, and Defendants, Land Survey Technologies, Inc., Barajas & Associates, Inc., and Antonio Barajas, by and through their

1

counsel of record, Hogan Hulet PLLC, and Defendants, Adrian Barajas and The Barajas Group, by and through their counsel of record, Iglody Law, do hereby jointly stipulate to the dismissal of all of Plaintiffs' claims against all Defendants, without prejudice.

Plaintiffs and Defendants have executed a Settlement Agreement setting forth the terms of their settlement. The parties request the Court retain jurisdiction over this case to enforce terms of the settlement agreement should a breach occur. The parties will file a dismissal with prejudice upon the completion of all settlement terms.

Each party shall bear its own costs and fees incurred in this action.

DATED this 15th day of November, 2016

**LAQUER, URBAN, CLIFFORD & HODGE, LLP**

By: /s/ Nathan R. Ring
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs Trust Funds*

DATED this 15th day of November, 2016

**HOGAN HULET PLLC**

By: /s/ Jeffrey Hulet
Jeffrey Hulet, Nevada State Bar No. 10621
*Counsel for Defendants Land Survey Technologies, Antonio Barajas and Barajas and Associates*

DATED this 15th day of November, 2016

**IGLODY LAW**

By:/s/ Lee I. Iglody
Lee I. Iglody, Nevada State Bar No. 7757
*Counsel for Defendants Adrian Barajas and The Barajas Group*

## ORDER

Based on the parties' stipulation [ECF No. 49] and good cause appearing, IT IS HEREBY ORDERED that **all claims are DISMISSED** without prejudice, all pending **motions [ECF Nos. 34, 37, 40] are DENIED** as moot, and the Clerk of Court is directed to **close this case**. Once the parties complete the terms of the settlement, they may file a further stipulation to reopen the case for the limited purpose of dismissing the claims with prejudice.

_____
Jennifer Dorsey, U.S. District Judge
November 15, 2016