**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax: (702) 968-8088
E-Mail: murban@luch.com; nring@luch.com;
*Counsel for Plaintiffs Trust Funds*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> LAND SURVEY TECHNOLOGIES INC., a Nevada corporation; and ANTONIO BARAJAS, an individual; BARAJAS & ASSOCIATES, INC., a Nevada corporation; THE BARAJAS GROUP, a Nevada corporation; ADRIAN BARAJAS, an individual; and THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation, <br><br> Defendants | CASE NO: 2:13-cv-01403-JAD-NJK <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br><br> ECF No. 51 |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust; Trustees of the Operating Engineers Health and Welfare Fund; Trustees of the Operating Engineers Journeyman and Apprentice Training Trust; and Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Defendants, Land

Survey Technologies, Inc., Barajas & Associates, Inc., Antonio Barajas, Adrian Barajas, and The Barajas Group, and subject to the approval and Order of the Court, as follows:

1. On November 15, 2016, a dismissal of this case without prejudice was filed by the Parties.

2. The Parties now request this action be dismissed with prejudice with each party to bear their own attorney's fees and costs.

Dated: January 5, 2017            **LAQUER, URBAN, CLIFFORD & HODGE, LLP**

By: */s/ Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs Trust Funds*

Dated: January 5, 2017            **HOGAN HULET PLLC**

By: */s/ Jeffrey Hulet*
Jeffrey Hulet, Nevada State Bar No. 10621
*Counsel for Defendants Land Survey Technologies, Antonio Barajas and Barajas and Associates*

Dated: January 5, 2017            **IGLODY LAW**

By: */s/ Lee I. Iglody*
Lee I. Iglody, Nevada State Bar No. 7757
*Counsel for Defendants Adrian Barajas and The Barajas Group*

## ORDER

Good cause appearing, and based on the parties' stipulation [ECF No. 51], it is HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
January 5, 2017